NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GREGORY DOUGLAS SMITH,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

-------------------------------------------------

**CAROLYN CLARK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

2022-2213, 2022-2225

———————————

Appeals from the United States Court of Appeals for Veterans Claims in No. 21-1244, Judge William S. Greenberg.

———————————

**JUDGMENT**

—————————————

ELIZABETH HOLT ANDREWS, Troutman Pepper Hamilton Sanders LLP, Redwood City, CA, argued for all claimants-appellants.  Also represented by JOHN D. NILES, KATY CLEMENS, Carpenter Chartered, Topeka, KS. Claimant-appellant Gregory Douglas Smith also represented by TIMOTHY L. MCHUGH, Troutman Pepper Hamilton Sanders LLP, Richmond, VA; GWENDOLYN TAWRESEY Boston, MA.

MATTHEW JUDE CARHART, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY; CHRISTOPHER O. ADELOYE, Y. KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2024
Date

Jarrett B. Perlow
Clerk of Court